IN RE:

| | |
|---|---|
| EVELYN BURGESS, | Case No. 08-71705-tjt |
| | Chapter 7 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

| | |
|---|---|
| AMERICREDIT FINANCIAL | Adversary Proceeding |
| SERVICES, INC. a foreign | Case No. _____ |
| corporation, | |

     Plaintiff,

v

EVELYN BURGESS,

     Defendant.

_____/

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND OBJECTION TO DISCHARGE

Plaintiff AmeriCredit Financial Services, Inc. sues Defendant/Debtor Evelyn Burgess and complains as follows:

1. This Court has jurisdiction to hear this Complaint pursuant to 28 USC Section 157(a) and Section 1334(b) and this is a core proceeding under 28 USC Section 157(b).

2. Defendant Evelyn Burgess filed a petition for relief under Chapter 7 of the United States Bankruptcy Code with this Court on December 30, 2008.

3. Plaintiff AmeriCredit Financial Services is a creditor of Defendant/Debtor and is owed $16,635.44.

## COUNT I

## EXCEPTION TO DISCHARGE

4.   Only 14 days before the date of filing this Chapter 7 bankruptcy case, Defendant applied for and obtained from Plaintiff a motor vehicle loan to purchase a 2006 Chrysler 300 motor vehicle; photocopies of the credit application and the Retail Installment Contract evidencing the loan are marked as composite Exhibit 1 and attached hereto.

5.   At the time of filing this Chapter 7 bankruptcy case, Defendant was indebted to Plaintiff in the amount of $16,635.44, plus attorney's fees, costs and accruing interest, on the motor vehicle loan.

6.   At the time that Defendant incurred or obtained credit and advances from Plaintiff, Defendant was cognizant of and knew of her inability to repay the credit extended and/or did not intend to repay the credit extended.

7.   Additionally, at the time Defendant applied for the motor vehicle loan, she made materially false statements to Plaintiff regarding her income and financial condition upon which Plaintiff reasonably relied in extending credit to Defendant and Defendant caused the financial information to be made or published with intent to deceive Plaintiff.

8.   The aforestated acts of Defendant constitute false pretenses and/or fraud as enumerated under 11 U.S.C. Section 523(a)(2)(A) and (B) and (a)(6).

9.   Pursuant to the provisions of 11 U.S.C. Section 523(a)(2)(A) and (B) and (a)(6), the acts of Defendant render the obligation to Plaintiff non-dischargeable.

## COUNT II

### ALTERNATIVE OBJECTION TO DISCHARGE

10.   In her credit application submitted to Plaintiff, Defendant/Debtor Evelyn Burgess represented that her monthly income is $2,259.00 in salary, plus $2,871.00 in child support. However, in Debtor's Schedule I filed in her Chapter 7 bankruptcy case, Debtor/Defendant

2

represented her present monthly income is only $2,439.67 in salary, plus Social Security of $1,264.00 and child support of $290.00; a photocopy of Schedule I is marked as Exhibit 2 and attached hereto.

11.     If Defendant/Debtor Evelyn Burgess did not make materially false statements to Plaintiff regarding her income and financial condition upon which Plaintiff relied in making the motor loan to Defendant/Debtor, then Defendant/Debtor Evelyn Burgess, in her Chapter 7 bankruptcy case, knowingly and fraudulently in connection with this case made a false oath or account.

12.  Pursuant to the provisions of Section 727(a) (4)(A) of the United States Bankruptcy Code, 11 U.S.C. Section 727(a) (4)(A), grounds exist for the denial of Defendant's discharge.

WHEREFORE, Plaintiff AmeriCredit Financial Services, Inc., demands judgment against Defendant/Debtor Evelyn Burgess determining that the aforementioned debt due from Defendant is excepted from discharge pursuant to the provisions of Section 523 of the United States Bankruptcy Code or, alternatively, denying Defendant a discharge of her debts, and awarding Plaintiff AmeriCredit Financial Services, Inc., its costs and attorney's fees incurred herein.

Dated: April 2, 2009                    /s/ S. Thomas Padgett
                                        S. Thomas Padgett (P31748)
                                        DeBrincat and Padgett
                                        Attorney for Plaintiff AmeriCredit
                                        34705 W. Twelve Mile Road, Suite 311
                                        Farmington Hills, Michigan 48331
                                        (248) 553-4333
                                        Michiganlawyer@aol.com